HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EVERETT LEDBETTER,<br><br>    Defendant. | Case No.  CR04-5647  RBL<br><br><br>ORDER APPOINTING<br>COUNSEL FOR DEFENDANT |

THIS MATTER having come before the court upon motion of the defendant, EVERETT LEDBETTER,

AND THIS COURT having reviewed the motion of defendant, the declaration of Michael Schwartz, the records and files herein, and being otherwise fully apprised of the circumstances does hereby

ORDER, DECLARE, AND DECREE that Michael Schwartz is appointed as attorney of record for defendant, EVERETT LEDBETTER pursuant to the Criminal Justice Act (18 U.S.C. §3006A).

Dated this 9th day of June, 2005.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
LAW OFFICER OF MICHAEL SCHWARTZ, INC.

By: _____/s/_____
  Michael E. Schwartz, WSBA 21824

ORDER
Page - 1