HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EVERETT LEDBETTER,

Defendant.

Case No. CR04-5647 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion to Modify Conditions of Release [Dkt. #250].

Having considered the entirety of the records and file herein, the Court rules as follows:

**ORDERED** that the Motion to Modify Conditions of Release [Dkt. #250] is **DENIED**. The conditions of the defendant's release shall remain as previously set.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of July, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1