

05-CR-05647-ORD

Judge Ronald B. Leighton

FILED _____ LODGED
_____ RECEIVED

JUL 0 5 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EVERETT LEDBETTER,

    Defendant.

NO. CR05-5647RBL

ORDER OF FORFEITURE

WHEREAS, on April 7, 2006, the Defendant, EVERETT LEDBETTER, entered into a Plea Agreement with the United States pursuant to which the Defendant entered a guilty plea to the offense charged in Count 1 of the Superseding Indictment, Conspiracy to Commit Visa Fraud in violation of Title 18, United States Code, Sections 371 and 1546(a), and further agreed to forfeit to the United States One Thousand Dollars ($1,000.00) as property that was used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the charged offense, and any property constituting, or derived from, any proceeds Defendant obtained, directly or indirectly, as the result of such offense, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States a money judgment in

ORDER OF FORFEITURE - 1
CR04-5647RBL - U.S. v. EVERETT LEDBETTER

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4301
(253) 428-3800

1  the sum of One Thousand Dollars ($1,000.00) pursuant to Title 18, United States Code,
2  Section 982(a)(6)(A), and Title 21, United States Code, Section 853.
3       IT IS FURTHER ORDERED that the United States District Court shall retain
4  jurisdiction in the case for the purpose of enforcing this Order;
5       IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of
6  Forfeiture shall become final as to the defendant at the time of sentencing, or before
7  sentencing if the defendant consents, and shall be made part of the sentence and
8  included in the judgment;
9       IT IS FURTHER ORDERED that the United States may, at any time, move
10 pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having
11 a value not to exceed One Thousand Dollars ($1,000.00) to satisfy the money judgment
12 in whole or in part; and
13 \\
14 \\
15 \\
16 \\
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27
28

ORDER OF FORFEITURE - 2
CR04-5067RBL - U.S. v. EVERETT LEDBETTER

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4411
(253) 428-3800

1  The Clerk of the Court is directed to send a copy of this Order of Forfeiture to
2  all counsel of record and three (3) "raised sealed" certified copies to the United States
3  Attorney's Office.
4  DATED this _6th_ day of _July_, 2006.

_____
RONALD B. LEIGHTON
United States District Judge

9  Presented by:

_____
EVERETT LEDBETTER
Defendant

_____
MICHAEL E. SCHWARTZ  21824
Attorney for Defendant

_____
MATTHEW H. THOMAS
Assistant United States Attorney

                                    AUSA
_____
LEONIE G.H. GRANT
Assistant United States Attorney

ORDER OF FORFEITURE - 3
CR04-5647RBL - U.S. v. EVERETT LEDBETTER

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4305
(253) 428-3800